1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

               Plaintiff,

   v.

LT. GREY, *et al*,

               Defendants.

Case No.  C07-5108FDB-KLS

ORDER TO SHOW CAUSE

     This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

     On March 6, 2007, the Clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  Pursuant to 28 U.S.C. § 1915(a)(2):

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was

ORDER
Page - 1

confined.

With his application, plaintiff filed a one-page "PLRA In Forma pauperis Status Report," which indicated he had average monthly receipts totaling $583.05 and an average spendable balance of $19.23 for the months of August 2006 through January 2007. Plaintiff states in his application that he receives gifts "around the holidays" from family and friends in "consistent unknown amounts." However, given the fact that plaintiff has been receiving nearly $600.00 per month in monthly receipts, the Court requires him to submit a more detailed statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his complaint.

Accordingly, the Court orders the following:

(1) Plaintiff shall seek to cure the above deficiency by filing **no later than April 15, 2007**, a copy of his prison trust account statement pursuant to 28 U.S.C. § 1915(a)(2) showing <u>the balance and activity</u> of his account(s) for the six-month period immediately preceding the filing of his complaint.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 15th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2