UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

                Plaintiff,

  v.

LT. GREY, *et al*,

                Defendants.

CASE NO.    C07-5108FDB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

       The Magistrate Judge recommends that this matter be dismissed, the asserted claims being time barred. "Federal law determines when the limitations period begins to run," and "the general federal rule is that a limitations period begins to run when the plaintiff knows or has reason to know of the injury which is the basis of the action." *Trotter v. International Longshoremen's & Warehousemen's Union*, 704 F.2d 1141, 1143 (9th Cir. 1986). Plaintiff filed objections reasserting his arguments. The Report and Recommendation presents a thorough review of the facts and the authorities in support of its conclusion, and the objections do not persuade the Court otherwise.

       The Court, having reviewed defendants' motion to dismiss (Dkt. #24), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

       (1)    The Court adopts the Report and Recommendation;

       (2)    Defendants' motion is GRANTED;

ORDER
Page - 1

(3) Plaintiff's complaint is hereby DISMISSED;

(4) The Clerk is directed to terminate this action and to count this as a dismissal of plaintiff's complaint under **28 U.S.C. § 1915(g)**; and

(5) The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 9th day of October 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE