# United States District Court

WESTERN DISTRICT OF WASHINGTON

SCOTT C. SMITH

        v.

LT. GREY, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5108FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion is GRANTED.

3. Plaintiff's complaint is hereby DISMISSED.

4. The Clerk is directed to terminate this action and to count this as a dismissal of plaintiff's complaint under 28 U.S.C. § 1915 (g).

October 9, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk